SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 20 2010

BY_____ DEPUTY
J.T. NOBLIN, CLERK

Cathy L. Toole

verses

President Barack Obama
Benedict Swartz 11
Joan Myers Eagle
Cass R. Buscher
R. Edward Bates
Timothy Geithner
John McHugh
Dr Eva Magiros
Eric Shinseki
Rachel Lynne Toole

1:10cv418LG RHW

Cathy Toole
250 Bohn St
Biloxi Ms, 39530

Aug 16, 2010

Dear the Federal Court
Freedom of Information Act
To a Honest Judge

Yes I am Cathy L. Toole the legal wife of James Luther Toole (the deceased veteran). Yes Vicky Lynn Toole and Rachel Lynne Toole are the biological daughters to James Luther Toole (the deceased veteran). I Cathy L. Toole sure do hope and pray that the Honest Judge takes this letter very seriously. I Cathy L. Toole am ready to enter the Federal Court Room along with the nine individuals and also one of my daughters Rachel Lynne Toole under the First Admendment and the fourteenth Admendment of the United States Constitution. I Cathy L. Toole am ninety percent sure that none of the individuals is going to release me a copy of the missing records on James Luther Toole that I have been requesting for so long. Or tell me the truth until they get sworn in under Oaths. Exhibit

2

nuber one! I Cathy L. Toole subpoena
President Barack Obama to Federal
Court. I Cathy L. Toole sure do realize
that when President Barack
Obama was sworn in to be
president. That he took an Oath
to uphold the United States
Constitution. By President Barack
Obama not letting me Cathy L.
Toole enter the Federal Court Room
under the First Admendment
of the United States Constitution.
President Barack Obama is not
upholding his Oath that he was
sworn in under. If President
Barack Obama can not be truthful
and uphold his Oath that he
was sworn in under. (To uphold
the United States Constitution).
What else is he not telling the
truth about? Also President
Barack Obama was so concern
about the oil spill. That he even
made a trip to the Mississippi
Gulf Coast. And is not concern
of my case worth over two million

3

dollars. Read the letter that I wrote to President Barack Obama. That letter is dated June 23, 2010. Also read the Post Office receipt dated June 23, 2010.

Exhibit number two. I Cathy L. Toole subpoena Benedict Swartz II to Federal Court. I Cathy L. Toole did not like how Cass R. Buscher was handling my investigation. So I wrote to the Commission over Cass R. Buscher. I wrote to Benedict Swartz II. Read the letter that I wrote to Benedict Swartz II dated June 1, 2010. Benedict Swartz II did not send me the information that I requested from him in the brackets. Think about this Judge! Without a doubt. If Benedict Swartz II would have worked on my investigation. The out come of my investigation would have been different. Because of the knowledge that Benedict Swartz II has. I Cathy L. Toole want to charge

4

Benedict Swartz II with neglect. Also frauding me Cathy L. Toole, Vicky Lynn Toole, and Rachel Lynne Toole. Also ethics violation. Also with taking advantage of a disable person (Cathy L. Toole). Also violating the Open Public Records Act Law.

Exhibit number three. I Cathy L. Toole subpoena Joan Myers Eagle to Federal Court. She is another individual of the Commission that I wrote to. Trying to get her to handle my investigation. Because I Cathy L. Toole was ninety percent sure that Cass R. Buscher. Did not have enough of knowledge to handle my investigation. Read the letter that I wrote to Joan Myers Eagle dated May 10, 2010. Think about this Judge! If Joan Myers Eagle would have worked on my investigation like I requested. The out come of my investigation would have been different. I Cathy

5

L. Toole want to charge Joan Myers Eagle with neglect. Also with ethics violation. Also with frauding me Cathy L. Toole, Vicky Lynn Toole, and Rachel Lynne Toole. Also with taking advantage of a disable person (Cathy L. Toole). Exhibit number four. I Cathy L. Toole sulpoena Cass R. Buscher to Federal Court. I Cathy L. Toole wrote to Benedict Swartz 11 and Joan Myers Eagle telling the both of them. That I Cathy L. Toole am ninety percent sure that Cass R. Buscher does not have enough of knowledge. To handle my investigation. Did Cass R. Buscher have enough of knowledge to handle my investigation? NO. Did Cass R. Buscher do an honest investigation on my case? NO. Why? Read the four documents that I Cathy L. Toole signed Jan 9, 2003 for R. Edward Bates. Attention! Power of Attorney by individual for the collection of a specified check drawn on the

6

United States Treasury. R. Edward
Bates did not fill in the amount
of the check. Before he had me
Cathy L. Toole sign it. This proves
that R. Edward Bates intent to
fraud me Cathy L. Toole, Vicky
Lynn Toole and Rachel Lynne
Toole. Read the Retainer agreement.
That I Cathy L. Toole signed Jan 9, 2008.
What does retain mean? To hire as
a lawyer by paying a fee in advance.
My case did not even go to court.
Did I Cathy L. Toole hire R. Edward
Bates? Yes. How can Cass R. Buscher
say that R. Edward Bates did
not represent me or receive any
funds on my behalf. Read the
letter dated June 30, 2010. I Cathy
L. Toole want to charge Cass R. Buscher
with not doing a through investigation
on my case. For giving me Cathy L.
Toole false information, that I
can prove. For frauding me Cathy
L. Toole, Vicky Lynn Toole and
Rachel Lynne Toole. Also for ethics
violation. Also for taking advantage

7

of a disable person (Cathy L. Toole).
Exhibit number five! I Cathy L.
Toole subpoena R. Edward Bates
to Federal Court. I Cathy L. Toole
realize that R. Edward Bates
was sworn in to do the best
that he could for people. Did
he do the best that he could
for me Cathy L. Toole? No. I
Cathy L. Toole want to charge R.
Edward Bates with violating
his errs and ommissions. Also
ethics violation. For frauding me
Cathy L. Toole, Vicky Lynn Toole
and Rachel Lynne Toole. Also
intrapment of me Cathy L. Toole
(a disable person). Also Hurricane
Katrina hit the Mississippi Gulf
Coast Aug 29, 2005. I lost everything
that I owned. I was very upset.
Then Jan 9, 2008 R. Edward Bates intraped
me into signing these four pages.
I also want to charge him with
taking advantage of a Hurricane
Katrina victim. Also taking
advantage of a disable person

8

(Cathy L. Toole). Read the four documents that R. Edward Bates intraped me into signing. Attention! Read the Retainer Agreement. There is no charge to the client for the attorney's services. The client does agree, however, that if the Court either awards benefits or remands the case to the VA for a new decision the attorney may seek an order from the Court directing the VA to pay attorney's fees under the Equal Access to Justice Act. If the Court awards attorney's fees, the entire amount of the award shall be paid to the attorney. Next read the advertisement letter from R. Edward Bates. Look how high up in Court I was. We represent veterans at the Court at NO charge to the veteran. The document that he intraped me into signing. He got my whole award. R. Edward Bates contradicted himself. I Cathy L. Toole sure would love to know how R. Edward Bates is

going to testify about this while he is sworn in under Oaths. I Cathy L. Toole am sueing R. Edward Bates for my 2,000,000 (two million dollar) award plus the compound interest since Jan 9, 2008. I Cathy L. Toole am also sueing R. Edward Bates for any and all moneys in his bank account or accounts. As of Aug 16, 2010. Except for the sum of $1.00 (one dollar) in the account or each account.

Exhibit number six. I Cathy L. Toole subpoena Timothy Geithner to Federal Court. Why did the Department of the Treasury release such a large check that was my money to R. Edward Bates? Without contacting me first. I want to charge Timothy Geithner with taking advantage of a disable person (Cathy L. Toole).

Exhibit number seven. I Cathy L. Toole subpoena John McHugh to Federal Court. I Cathy L. Toole have written the Pentagon so many times. Requesting the missing records that I have

10

proof of existing, and nobody will
send them to me. I even wrote
to General Shinseki when he was
a four star general. I wrote to
Pete Gerern. This is the only D D 214
I have on my husband James Luther
Toole. He was in the U S Army for four
months and eleven days. From
Feb 11, 1954 to June 21, 1954. Where is the
other service location for ten
months and ten days? I Cathy L.
Toole am sending you John Mc Hugh
a copy of a U S Government document.
Read number nine. My husbands name
is Toole James H. What does W E-O
stand for? Warrent Officer. Where is
a copy of the U S Military document
with my husbands rank being a
W E-O on it? My husband was in
the U S Military 2 April 1953. Where
is the U S Military document with
the 1953 enlistment? I Cathy L. Toole
am sending you John Mc Hugh a
copy of another U S Government document.
Report of Medical Examination. This
document has James Luther Toole's

*11*

name, and service number on it.
Read number nine. Total yrs. Govt
Service 4/12. This must be at least
four years. Read number seventeen.
Rating or Specialty 0006. What was
James Luther Toole's Specialty? Where
is the additional US Military discharges
with proof of the additional service
on them? I Cathy L. Toole am sending
you John McHugh another very old
US Government document. Special Orders
dated June 17, 1954. This document has
James Luther Toole's name and service
number on it. This document proves
that James Luther Toole was given
a DD214 and a 217A. What was the
Special Orders? I Cathy L. Toole am
requesting a copy of the Special
Orders and also a copy of the 217A.
I Cathy L. Toole am sending you
John McHugh another Very old US
Government document. This document
is dated May 17, 1953. Attention! This
document has James Luther Toole's
name and service number on it. This
document proves that my husband

12

was in Communication Section-Sectional training --- Operations and Intelligence Sections-Sectional Training. I Cathy L. Toole am requesting a complete copy of the records with the Communication Section-Sectional training --- Operations and Intelligence Sections-Sectional Training on them. I Cathy L. Toole am sending you John McHugh three more very old U.S. Government documents. These documents prove that my husband James Luther Toole served fifteen days on active duty. From July 20, 1958 to Aug 3, 1958. Where is the U.S. Military document with the 1958 enlistment on it? Attention! Read page three very carefully. Ret yr 1 apr 59. Where is the U.S. Military discharge with proof of retirement on 1 apr 59 on it? I Cathy L. Toole am sending you John McHugh another very old U.S. Government document. That document is dated Oct 8, 1954. This document has James Luther Toole's name, service number, and VA Claim Number on it. Read number eight.

13

Disease or Injury. Right ear. Read number eleven. By the Order Of The Secretary Of The Army. I Cathy L. Toole am requesting a copy of the Staff Duty Officer Report that was filled out before it got to the Secretary Of The Army. Also a complete copy of the service medical records with the right ear injury on them. Also a copy of the DD 214 with the right ear injury on it. I Cathy L. Toole am sending you John Mc Hugh one more very old U S Government document. This document is a Clinical Record dated Jan 16, 1957. Read History. He has had multiple inclusion cysts of the face and neck, which have appeared since discharge from service. What kind of work did James Luther Toole do while he was in the U S Military that caused the cysts to develop on his face and neck? Here I am requesting the missing records on James Luther Toole again from the Pentagon. While the U S Government

14

is withholding the missing records on James Luther Toole from me. Have I Cathy L. Toole, Vicky Lynn Toole and Rachel Lynne Toole ever drawn our honest benefits? No. We have never drawn our honest amount from Social Security. Because I have never had more DD 214's or discharges. I talked to a very nice man in the Secretary Of The Army Office last week. I do not rember his name. But I told him that I had a lot of records on my husband James Luther Toole with different dates and other things on them. Do I? If the records were honestly destoryed in the fire in 1973 at the National Personnel Records Center. How do I have all of these records in my position? I Cathy L. Toole want to charge the individuals at the Pentagon with frauding me Cathy L. Toole, Vicky Lynn Toole, and Rachel Lynne Toole. Also with taking advantage of a disable person (Cathy L. Toole).

15

Exhibit number eight. I Cathy L Toole subpoena Dr Eva Magiros to Federal Court. My husband James Luther Toole was admitted to Biloxi Regional Medical Center the first week of Dec of 1997. Dr Eva Magiros was James Luther Toole's doctor. My husband James Luther Toole only lasted either two or three days then died. At the time of my husbands James Luther Toole's death. Dr Eva Magiros did not order an autopsy to be done on James Luther Toole. What did Dr Eva Magiros do to James Luther Toole? I Cathy L. Toole am sending Dr Eva Magiros a very old U.S. Government document. This is a Clinical Record dated Jan 16, 1957. Read History. He has had multiple inclusion cysts of the face and neck, which have appeared since discharged from service. What caused the cysts to keep forming on my husbands face and neck? There must have been something in the pores of the skin on his face and neck. Or it must have been something in his blood stream.

16

What might have the autopsy have
proven, if there was one done on
James Luther Toole? What was Dr Eva
Magiros trying to hide from me
Cathy L. Toole, to protect the U S
Government with? I Cathy L. Toole
am charging Dr Eva Magiros with
frauding Cathy L. Toole, Vicky Lynne
Toole, and Rachel Lynne Toole. Because
we have never drawn our honest
benefits. Because there was not
an autopsy done on James Luther
Toole. To prove his honest cause
of death. I Cathy L. Toole am charging
Dr Eva Magiros with violating her
Hypothetical Oath. I Cathy L. Toole am
charging Dr Eva Magiros with taking
advantage of a disable person
(Cathy L. Toole).
Exhibit number nine. I Cathy L. Toole
subpoena Eric Shinseki to Federal
Court. I Cathy L. Toole am sending you
Eric Shinseki a very old U S Government
document on James Luther Toole. Read
in the fifth paragraph. In a short
conclusionary report on Jan 3, 1976,

17

Dr. Eaget reported that the claimant
was totally disabled due to hypertesive
cardiovascular disease, diabetes
mellitus, spastic paralysis of the left
arm and hand, and chronic pilondial
cyst and abscess. I Cathy L. Toole
am requesting a complete copy of
every test and the test results
of each test that Dr Eaget ordered.
When he reported James Luther
Toole totally disabled. I Cathy L.
Toole have requested a copy of the audit
on my deceased husband James Luther
Toole since the year of 2006 and still
have not received it yet. I Cathy
L. Toole am requesting a complete copy
of every check that James Luther
Toole was paid from March 1, 1985 to
Dec 1, 1997. I Cathy L. Toole am sending
you Eric Shinseki a copy of two different
VA award letters on James Luther Toole.
The VA award letter dated May 6, 1985.
Has just Cathy L. Toole on it. The award
letter dated Nov 30, 1994. Read in the
third paragraph. We are considering
your children's income as well. I

18

already have proof. Think about this Judge! Did James Luther Toole draw his total disability pay from the VA from March 1, 1985 to Dec 1, 1997? No Have I Cathy L. Toole ever drawn James Luther Toole's total disability pay since Jan 1998 to the present? No. I Cathy L. Toole am sending you Eric Shinseki a copy of a newspaper artical. That newspaper is dated July 30, 2010. Feds, farmers create habitats for migrating birds. This artical proves that the Federal Government funded 20,000,000 (twenty million dollars) to build a place for the birds. Because of the oil spill that happened. In ninety something days after the oil spill happened. The Federal Government takes this action for the birds. Has the birds ever fought in a war for this country? No. How many veterans or survivers to veterans can apply for VA Benefits and get theirs in just ninety something days? I Cathy L. Toole am charging the Veterans Administration with Frauding a

19

totally disable veteran (James Luther Toole). Also with frauding me Cathy L. Toole, Vicky Lynn Toole, and Rachel Lynne Toole. Also with taking advantage of a disable person (Cathy L. Toole).

Exhibit number ten. I Cathy L Toole subpoena Rachel Lynne Toole to Federal Court. To testify anything about her father James Luther Toole that she remembers.

The Surprise Package. I Cathy L. Toole am sending you the Honest Judge a copy of the letter from my doctor. That letter is dated July 3, 2010. I have had this same doctor for over fifteen years. I Cathy L. Toole am sending you the Honest Judge another letter. This letter is from the Social Security Administration. That letter is dated July 14, 2010. This letter has my name, and social security number on it. This letter proves the years that I drew s.s.i. I Cathy L. Toole am sending you the Honest Judge another letter. This letter

20

is also from the Social Security Administration. That letter is dated July 13, 2010. This letter was even signed by the Director. This letter has my name, and social security number on it. Think about this Judge! When was I Cathy L. Toole born? March 3, 1961. When did I start drawing s.s.i? March 1979. How old was I in 1979? 18 eighteen years old. Think about this Judge! How long have I Cathy L. Toole been disable? I Cathy L. Toole am sending you the Honest Judge another newspaper articale. That newspaper is dated May 26, 2010. Couple earned $8 million in Medicare fraud scheme. (The defendants will be sentenced August 2 in Gulfport by District Judge Walter J. Gex III. La Tanicia Rogers faces up to sixty years in prison and $1.75 million in fines. Wayne Rogers faces up to twenty years in prison and $500,000 in fines. The couple will be <u>forced</u> to pay restitution for the $8 million.

21

Think about this Judge! It is very possible that La Tanicia Rogers will not live long enough to get out of prison. Then the couple is also being forced to pay the 8,000,000 (eight million) back to Medicare. This couple will not live long enough to get out of trouble. I Cathy L. Toole hope and pray that this also happens to some of the nine individuals that I subpoenaed. That has done my family wrong. When we all get into the Federal Court Room. Think about this Judge! I have a very good friend that sales cars. If an individual come to buy a car from my friend. The individual either pays for the car or sets up a payment plan with him. If the individual makes a down payment. And my fried will not give the individual the car. What will happen to my friend? I Cathy L. Toole am paying the Federal Court to

22

to go to Court. What is the last
eleven words of the Pledge of
Allegiance? One nation under
God invisible with Liberty and
Justice for _all_. How does any
individual receive Justice if
it does not enter the Federal
Court Room or a Court Room? I
Cathy Toole am ready to enter
the Federal Court Room along
with the the other individuals.
To seek Justice, to seek Freedom
(the flag of the United States of
America, and most of all to
seek Revenge. Thank God for
my sister, brother-in-law,
and my friends. Most of all thank
God for the knowledge that I
have. God has given me enough
of knowledge to come as far as
I already have. And God sure
is not going to forsake me now.
Please call me 228-273-1312
Cathy L. Toole
8-16-10   DM Klish    State of Mississippi
          Notary        County of Harrison